**FILED**

12/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0598

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0598

TORGER S. OAAS
Attorney for Appellant
618 West Main St., Suite 201
Lewistown, MT 59457
(406) 538-2338
Fax (406) 538-3831
E-mail oaaslaw@midrivers.com


WILLIAM DEE BOYCE
Appellant,
     v.                                           PROPOSED ORDER
MONTANA DEPARTMENT OF
MOTOR VEHICLES
Appellee.


     Pursuant to M.R. App. Civ. P. 26, Appellant is hereby granted up to and including

January 30, 2023 in which to file his opening brief on appeal.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 21 2022